FILED
CLERK, U.S. DISTRICT COURT
MAY - 5 2011
CENTRAL DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>DAVID MONTES<br>　　　　Defendant. | 11-1015M<br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation Supervised Release)<br>Conditions of Release) |

　　In this case involving alleged violations of conditions of probation or supervised release, the Court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(✓)　the appearance of defendant as required; and/or

　　(B)　( )　the safety of any person or the community.

//

//

| | | |
|---|---|---|
|1| |The Court concludes that :|
|2|A.|(✓) Defendant poses a risk to the safety of other persons or the|
|3| |community because defendant has not demonstrated by clear and|
|4| |convincing evidence that:|

_RECENT DRUG ARREST_
_PRIOR CRIM HISTORY_

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_PRIOR FAILURE TO APPEAR_
_SUBSTANCE ABUSE_

IT IS ORDERED that defendant be detained.

DATE: 5/5, 2011

MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

2